

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

CIVIL ACTION  B-98-146

United States District Court
Southern District of Texas
FILED
OCT 1 5 1998
Michael N. Milby
Clerk of Court

## Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

    **February 18**, 1999, at **2:30** **p**.m.
    in Judge Tagle's Chambers
    United States Court House
    500 East Tenth Street, Room 428
    Brownsville, Texas 78521.

2. At least 14 days before the conference, Pursuant to Fed R. Civ. P. Rule 26(f), counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial.

3. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

4. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

5. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

6. Counsel who file or remove an action must serve a copy of this order on the other parties.

7. Counsel who appears at the conference must have authority to bind the client and must know the facts.

8. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

9. Failure to comply with this order may result in sanctions, including dismissal of the action, assessment of expenses.

BY THE ORDER OF THE COURT

CASE FILE COPY

o.
ptrlconfddl.