3

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

*Ramirez*

§
§
§
*versus*          §
§
§
*USA Dept. of Agriculture*          §
§

CIVIL ACTION 98 - 146

## Conditional Order of Dismissal

1.  The court, having been advised that a settlement has been reached between counsel,
    dismisses this case with prejudice except that the parties may move for
    reinstatement by _March 22_, 1999, only because approval of the
    settlement could not be obtained from the principals. *Otis v. Chicago*, 29 F.3d
    1159 (7th Cir. 1994) (en banc).

2.  This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian
    Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

    Signed _Feb 18_, 1999, at Brownsville, Texas.


    _____
    Hilda G. Tagle
    United States District Judge